

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 8771**

The person charged as LOPEZ-Lepe, Carlos _____ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of Nebraska

in violation of Idictmet: conspiracy to distribute and possession with intent to distribute methamphetamine and cocaine.

with Title 21, United States Code, Section(s) 846 & 841

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 8/25/2008

(signature)

_____ SR., SDuSM
(Printed Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: August 22, 2008

_____
Assistant United States Attorney

8/22/08
EU

**FILED**
AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  TM  DEPUTY

08-22-08   08:59am   From-CAL RECORDS              7603487187              T-423   P.002/003   F-291

JUN. 20. 2008 10:33AM   US ATTORNEY OMAHA                        NO. 9677   P. 2

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA
v.

CARLOS LOPEZ-LEPE

**WARRANT FOR ARREST**

CASE NUMBER: 8:08CR235

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CARLOS LOPEZ-LEPE
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute and possession with intent to distribute methamphetamine and cocaine

in violation of Title   21   United States Code, Section(s)   846 & 841

DENISE M. LUCKS                                CLERK OF THE DISTRICT COURT
Name of Issuing Officer                        Title of Issuing Officer

[signature]                                    6/19/08   OMAHA, NEBRASKA
Signature of Issuing Officer                   Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

AUG-06-2008 11:25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| v. | ) | |
| | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 841(a)(1) |
| CARLOS LOPEZ-LEPE, | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |
| | ) | 21 U.S.C. § 841(b)(1)(B)(ii) |
| Defendant. | ) | |

The Grand Jury charges:

## COUNT I

From an unknown date but as early as May 1, 2006, through April, 2008, in the District of Nebraska, and elsewhere, CARLOS LOPEZ-LEPE, Defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(viii) & 841(b)(1)(B)(ii).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney